UNITED STATES DISTRICT COURT
for the
Northern District of Texas
Dallas Division

NORTHERN DISTRICT OF TEXAS
FILED
NOV 15 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Terry Lee Morris

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Hon: George Gallagher

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 4-22CV-1016-Y
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Terry Lee Morris
Address: 2312 Morning Dove
City: Venus   State: Texas   Zip Code: 76084
County: Johnson
Telephone Number: 469-274-0178
E-Mail Address: terrylm777@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: George William Gallagher
Job or Title (if known): Tarrant County criminal district judge.
Address: Tim Curry Criminal Justice Center, 7th Floor, 401 W. Belknap
City: Fort Worth,   State: Texas   Zip Code: 76196
County: Tarrant
Telephone Number: 817-884-2768
E-Mail Address (if known): NA

☑ Individual capacity   ☐ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

    _____ _____ _____
    City                State            Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

    _____ _____ _____
    City                State            Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Section 2340A of Title 18, United States Code,
2. H.R. 3332 - Law Enforcement Torture Prevention Act of 2015.
3. 42 US Code § 1985 - Conspiracy to interfere with civil rights,
4. Universal Declaration of Human Rights: Articles 5, 9 and 10.
5. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishments.
6. 1st, 4th, 5th, 6th, 8th and 14th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 4:22-cv-01016-Y   Document 1   Filed 11/15/22   Page 4 of 6   PageID 23
Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. Mr. Gallaghers actions are the cause of Mr. Morris's mental suffering, such as the anguish, humiliation, torment, anxiety, insomnia, depression, Post Traumatic Stress Disorder, loss o life interest, paranoid schizophrenia, panic disorder, memory loss, suicidal thoughts, heart problems, extreme fear of law enforcement agents, aggressive thoughts of hate, weak bodily functions such as urination, and defication. seizures, major headaches, isolation from friends, parents, and children. Loss of interest in daily necessities, and enjoyments of life. Isolation, withdrawal.

2. Injuries such as fifty thousad volts of electricity smashimg its way through every inch of my body like fire, and the feeling of someone beating me with a 2×4 piece of lumber for eight long endless seconds without stopping. Plus the ultimate emotional fear that it would never stop, not one time but four times within three days.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Compensatory damages in the amount of 5 million dollars for each actvation of the stuncuff device.

2. Punitive damages in the amount of 1 million dollars.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/30/2022

Signature of Plaintiff

Printed Name of Plaintiff  Terry Lee Morris

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number
E-mail Address

