IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TERRY LEE MORRIS § | |
| § | |
| VS. § | ACTION NO. 4:22-CV-1016-Y |
| § | |
| GEORGE GALLAGHER § | |

### FINAL JUDGMENT

In accordance with the order of dismissal issued on this same day and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendant in this action are hereby **DISMISSED WITH PREJUDICE**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED February 6, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE